

85 DELANCEY STREET
NEW YORK, NY 10002
212.248.7400

May 28, 2024

The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*The request is GRANTED. The parties shall submit their joint letter by May 30, 2024.*

Dated: May 29, 2024
   New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   Request for Extension of Time to Submit Joint Letter
      King Range, Jr. v. Grand Greene LLC and Fjallraven US, LLC;
      Case Number  1:24-cv-02500

Dear Judge Rochon:

We represent plaintiff, King Range, Jr., in the above-referenced action. We write to respectfully ask the Court to extend the time to submit the joint letter required by Your Honor's April 3, 2024 Order, ECF No. 5, by two days - from May 28, 2024 to May 30, 2024.

We make this request as the parties are engaged in the meet and confer process and the additional few days is needed to determine the party's respective positions regarding settlement and an initial pretrial conference.

Respectfully,

/s
Adam S. Hanski