UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KING RANGE, JR.,

                Plaintiff,

-against-

GRAND GREENE LLC and FJALLRAVEN USA, LLC,

                Defendants.

Case No. 24-cv-02500 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

On May 31, 2024, the Court referred this case to the Court-annexed Mediation Program. Dkt. 18. On June 14, 2024, Defendant Fjallraven USA, LLC ("Fjallraven") moved to dismiss the case. Dkt. 19. In light of the parties' pending mediation, the motion to dismiss is denied without prejudice, with leave to refile within 15 days of the conclusion of mediation. Defendant Fjallraven's time to respond to the Complaint is extended to that same deadline.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 19 and 22.

Dated: June 27, 2024
       New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge

1