UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING RANGE, JR.,<br><br>                              Plaintiff,<br><br>         -against-<br><br>GRAND GREENE LLC, et al.,<br><br>                              Defendants. | Case No. 1:24-cv-02500 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On November 4, 2024, Defendant Grand Greene LLC ("Grand Greene") filed an amended answer to the amended complaint and an amended cross-claim against Defendant Fjallraven, USA LLC ("Fjallraven"). Dkt. 38.

On November 20, 2024, Fjallraven filed an amended answer to the amended cross-claim. Dkt. 41. On November 26, 2024, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff King Range, Jr. voluntarily dismissed, without prejudice, Defendant Fjallraven. Dkt. 43.

The Court retains jurisdiction over the cross-claims asserted by Grand Greene against Fjallraven. *See, e.g., Lipford v. New York Life Ins. Co.*, No. 02-cv-00092, 2003 WL 21313193, at *4 (S.D.N.Y. June 9, 2003) (holding that settlement of plaintiff's claims against defendant had no effect on cross-claims already asserted against defendant, and that defendant "remain[ed] a party in this action with respect to [the] cross-claims"); *see also Shaps v. D.F.D.S. A/F Copenhagen*, 83-cv-08091 (CBM), 1985 WL 269 (S.D.N.Y. 1985) ("A cross-claim, once properly made, does not cease to be proper because the defendant to whom they were addressed ceased to be a co-defendant").

Defendant Fjallraven therefore remains a party in this action with respect to Grand Greene's cross-claim and shall not be terminated from this case as cross-defendant.

Dated: December 16, 2024
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge