**HANSKI PARTNERS LLC**

85 D<small>ELANCEY</small> S<small>TREET</small>
N<small>EW</small> Y<small>ORK</small>, NY 10002
P<small>HONE</small>: 212.248.7400

April 22, 2025

The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Request for One (1) Day Extension of Time to File Joint Status Letter*
              *King Range, Jr. v. Grand Greene LLC and Fjallraven USA, LLC*
              <u>*Case Number 1:24-cv-02500(JLR)(SDA)*</u>

Dear Judge Rochon:

    We represent plaintiff King Range, Jr. in the above-referenced matter. We write to respectfully request a one (1) day extension of time, from April 22, 2025 to April 23, 2025, to file the joint status letter required by the So Ordered Civil Case Management Plan and Scheduling Order (ECF No. 46). We make this request as we still await Grand Greene LLC's comments or approval to the draft joint status letter circulated this afternoon. As the draft letter was circulated late in the afternoon, we assume that Grand Greene LLC overlooked the letter. The undersigned will follow up with Grand Greene LLC first thing in the morning.

    Thank you for your time and attention to this matter.

                                                               Respectfully,

                                                               /s/ *Robert G. Hanski*
                                                               Robert G. Hanski

---

The request for an extension to file the joint status letter in this case is GRANTED. The parties shall file their joint status letter by April 23, 2025.

Dated: April 23, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**