UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING RANGE, JR.,

                    Plaintiff,

-against-

GRAND GREENE LLC,

                    Defendant.

Case No. 1:24-cv-02500 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    For the reasons stated on the record at today's conference, pursuant to Federal Rule of Civil Procedure 42(b), the Court shall hold a separate jury trial on Plaintiff's claim against Defendant Grand Greene LLC and then a subsequent bench trial on the Landlord's contractual indemnity cross-claim against Fjallraven USA, LLC ("Fjallraven").

    As agreed by the parties, all pretrial filings for the jury trial pursuant to Rochon Indiv. Rule 5(A), (B) shall be filed by **July 28, 2025**, with oppositions to any motions *in limine* filed by August 11, 2025. The jury trial on Plaintiff's disability discrimination claim against Defendant shall take place from **November 12 to 14, 2025**. The parties shall appear for a final pre-trial conference with respect to the jury trial on **November 6, 2025 at 2:30 p.m**. Both the trial and final pre-trial conference shall take place in Courtroom 20B at 500 Pearl Street.

    The Court has reconsidered, however, the timing for pre-trial submissions and trial for the subsequent bench trial given that the proposed findings of fact and conclusions of law may refer to findings from the jury trial. The parties should plan on a bench trial shortly after the jury trial concludes but the Court will determine the precise timing for the bench trial and any pretrial submissions at the conclusion of the jury trial.

Dated: June 25, 2025
       New York, New York

                            SO ORDERED.

                            *Jennifer Rochon*
                            JENNIFER L. ROCHON
                            United States District Judge