# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

September 25, 2025

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**Re:   Joint Application to Extend the Time to Submit Pretrial Filings**
**King Range, Jr. v. Grand Greene LLC;**
**Case Number 1:24-cv-02500(JLR)(SDA)**

Dear Judge Rochon:

      We represent Defendant Fjallraven USA, LLC in the above-referenced matter and write jointly with counsel for Plaintiff King Range, Jr and Cross-Defendant Grand Greene, LLC (collectively, the "Parties"). Defendant Fjallraven USA, LLC, with the consent of Plaintiff and Defendant Grand Green LLC, respectfully request a thirty (30) day extension of their deadline to submit a proposed Joint Pretrial Order and related pretrial filings currently due on September 26, 2025. This is the second request for an extension of this deadline.

      The Parties request this extension as the Parties remain engaged in discussions for a global resolution of their respective claims: Plaintiff's claims against Grand Greene LLC and Grand Greene LLC's claims against Fjallraven USA, LLC. The Parties believe that focusing their efforts on settlement will be more conducive of the Parties' respective resources.

The following are the currently outstanding and proposed deadlines in this case:

| Item | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Pretrial Filings for Jury Trial (Plaintiff's Claims against Grand Greene LLC) | September 26, 2025 | October 26, 2025 |
| Oppositions to any motions in limine | October 10, 2025 | November 10, 2025 |
| Final Pretrial Conference | December 5, 2025 | January 5, 2026 |
| Jury Trial of Plaintiff's Claims | December 11, 2025 | January 11, 2026 |

Thank you for your courtesy in this regard.

Very truly yours,

/s/ Joseph J. DiPalma

Joseph J. DiPalma
(914) 872-6920 Direct
Joseph.DiPalma@jacksonlewis.com
Jackson Lewis P.C.

cc: Joseph Goldsmith, Esq.., Adam Hanski, Esq. (via ECF)

The extension request as to filings is GRANTED and otherwise DENIED.  Pretrial filings shall be due by October 26, 2025, and opposition to any motions in limine shall be due by November 10, 2025.  However, the final pretrial conference shall remain on December 5, 2026, and the jury trial shall commence on December 11, 2026.

Dated: September 26, 2025
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**