UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING RANGE, JR.,

                                    Plaintiff,

                    -against-

GRAND GREENE LLC and FJALLRAVEN
USA, LLC,

                                    Defendants.

Case No. 1:24-cv-02500 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

In light of the parties' representation that three to four days will be required for trial, *see* Dkt. 82, the jury trial in this matter will now commence on **January 6, 2026 at 9:00AM**. The final pretrial conference will still be held on **December 5, 2025 at 10:00AM**.

Dated:  November 13, 2025
          New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge