UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING RANGE, JR.,

                                    Plaintiff,

                    -against-                                    Case No. 1:24-cv-02500 (JLR)

GRAND GREENE LLC,                                    **ORDER OF DISMISSAL**

                                    Defendant.


JENNIFER L. ROCHON, United States District Judge:

        The Court having been advised at Dkt. 87 that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **by December 29, 2025**, if the settlement is not consummated.

        To be clear, any application to reopen **must** be filed **by December 29, 2025**; any application to reopen filed thereafter may be denied solely on that basis.  Given that the parties have settled in principle just prior to the final pretrial conference and trial, the Court expects that this matter will not be reopened.  However, if it is, trial will commence on the previously scheduled firm trial date of **January 6, 2026**, with a final pretrial conference to be held on **January 5, 2026**, where the Court will consider the previously filed motions in limine.

        If the parties intend the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

        Any pending motions are moot.  All conferences are cancelled.  The Clerk of Court is directed to CLOSE the case.

Dated: December 4, 2025
          New York, New York


                                    SO ORDERED.

                                    _Jennifer Rochon_
                                    JENNIFER L. ROCHON
                                    United States District Judge